IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED AUTO CREDIT CORPORATION, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15cv950 |
| ) | |
| UNITEDAUTOCREDIT.COM, ) | |
| Defendant. ) | |

## JUDGMENT ORDER

Upon consideration of the April 8, 2016 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record,

It is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the April 8, 2016 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against the defendant internet domain name, <unitedautocredit.com>.

It is further **ORDERED** that the domain name registry VeriSign, Inc.—which is located in this District—is **DIRECTED** to change the registrar of record for the defendant domain name from the current registrar to plaintiff's registrar of choice, Network Solutions, and Network Solutions is then **DIRECTED** to take the necessary steps to have plaintiff listed as the owner and registrant for the defendant domain name, as detailed in the Report and Recommendation.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Order to defendant, VeriSign, Inc., Network Solutions, the Magistrate Judge, and all counsel of record.

Alexandria, VA
April 26, 2016

/s/
T. S. Ellis, III
United States District Judge